```
FILED
CLERK, U.S. DISTRICT COURT
1/5/18
CENTRAL DISTRICT OF CALIFORNIA
BY: D. Goltz   DEPUTY
```

**LEVY KONIGSBERG, LLP**
Brendan Little (*pro hac vice*)
800 Third Ave., 11th Floor
New York, NY 10022
T: 212 605 6200 | F: 212-605-6290
E: blittle@levylaw.com

**ALEXANDER KRAKOW + GLICK LLP**
Marvin E. Krakow (CA Bar No. 81228)
401 Wilshire Blvd, Suite 1000
Santa Monica, CA 90401
T: 310 394 0888 | F: 310 394 0811
E: mkrakow@akgllp.com

Attorneys for Relator

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>Plaintiff[s],<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>Defendant[s]. | No. SA CV 14-00869 DOC (RNBx)<br><br>RELATOR'S REQUEST FOR DISMISSAL OF ACTION; UNITED STATES' CONSENT; STIPULATION RE UNSEALING OF CERTAIN DOCUMENTS<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL:  [PROPOSED] ORDER TO DISMISS ACTION AND TO UNSEAL CERTAIN DOCUMENTS] |

**LEVY KONIGSBERG, LLP**
Brendan Little (*pro hac vice*)
800 Third Ave., 11th Floor
New York, NY 10022
T: 212 605 6200 | F: 212-605-6290
E: blittle@levylaw.com

**ALEXANDER KRAKOW + GLICK LLP**
Marvin E. Krakow (CA Bar No. 81228)
401 Wilshire Blvd, Suite 1000
Santa Monica, CA 90401
T: 310 394 0888 | F: 310 394 0811
E: mkrakow@akgllp.com

Attorneys for Relator

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAMES CONWELL, Relator,<br><br>Plaintiffs,<br><br>vs.<br><br>CAIR MEDICAL INC., et al.,<br><br>Defendant. | No. SA CV 14-00869-DOC (RNBx)<br><br>Complaint Filed: June 5, 2014<br><br>**RELATOR'S APPLICATION FOR LEAVE TO SUBMIT NOTICE OF DISMISSAL; UNITED STATES' CONSENT; STIPULATION RE UNSEALING FOR REVIEW *IN CAMERA*** |

{00402780.DOCX}                         1

Relator James Conwell filed this False Claims Act *qui tam* matter on June 5, 2014. Pursuant to 31 U.S.C. §3730(b)(2), this matter has remained under seal while the United States undertook an investigation of Relators' allegations. In order for a Relator to dismiss a False Claims Act *qui tam* complaint, the United States must consent in writing and the Court must approve the dismissal. 31 U.S.C. §3730(b)(1).

Relator now files this application pursuant to Local Rule 79-6.2 for leave to submit his Notice of Dismissal under Fed. R. Civ. P. 41(a)(1)(A). Along with his Notice of Dismissal, Relator will file a notice of Consent to Dismissal by the United States and a Stipulation Re Unsealing of Certain Documents. The Notice of Dismissal, Consent by United States, Stipulation Re Unsealing Certain Documents, and Proposed Orders are submitted herewith as **Exhibit 1**.

Dated: December 12, 2017

Respectfully Submitted,
**ALEXANDER KRAKOW + GLICK LLP**

Marvin E. Krakow (CA Bar No. 81228)
401 Wilshire Blvd, Suite 1000
Santa Monica, CA 90401
T: 310 394 0888 | F: 310 394 0811
E: mkrakow@akgllp.com

**LEVY KONIGSBERG, LLP**
Brendan Little (*pro hac vice*)
800 Third Ave., 11th Floor
New York, NY 10022
T: 212 605 6200 | F: 212-605-6290
E: blittle@levylaw.com

*Attorneys for Relator*

# EXHIBIT 1

**LEVY KONIGSBERG, LLP**
Brendan Little (*pro hac vice*)
800 Third Ave., 11th Floor
New York, NY 10022
T: 212 605 6200 | F: 212-605-6290
E: blittle@levylaw.com

**ALEXANDER KRAKOW + GLICK LLP**
Marvin E. Krakow (CA Bar No. 81228)
401 Wilshire Blvd, Suite 1000
Santa Monica, CA 90401
T: 310 394 0888 | F: 310 394 0811
E: mkrakow@akgllp.com

Attorneys for Relator

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JAMES CONWELL,<br><br>Plaintiff,<br><br>v.<br><br>CAIR MEDICAL, INC., a corporation, TODD TUCKER, an individual, JANICE HEDLUND, an individual, and ELIZABETH WHALER, an individual,<br><br>Defendants. | No. SA CV 14-00869 DOC (RNBx)<br><br>RELATOR'S REQUEST FOR DISMISSAL OF ACTION; UNITED STATES' CONSENT; STIPULATION RE UNSEALING OF CERTAIN DOCUMENTS<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER TO DISMISS ACTION AND TO UNSEAL CERTAIN DOCUMENTS] |

2

**REQUEST FOR DISMISSAL BY RELATOR**

Pursuant to Fed. R. Civ. P. 41(a)(2), *qui tam* plaintiff James Conwell (the "Relator") hereby requests that the Court dismiss, without prejudice, the above-captioned action ("this action"), and all of his claims against the defendants.

Dated: December 19, 2017

Respectfully submitted,

Alexander Krakow + Glick LLP

_____
Marvin E. Krakow
Attorney for Relator JAMES CONWELL

**CONSENT OF THE UNITED STATES OF AMERICA**

In the interests of justice, the Attorney General of the United States of America ("United States"), through the undersigned attorney, hereby consents to the dismissal of this action without prejudice as to the United States.

Dated: December 19, 2017

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Chief, Civil Division
DAVID K. BARRETT
Chief, Civil Fraud Section
DAVID M. HARRIS
Deputy Chief, Civil Fraud Section

_____
JOHN E. LEE
Assistant United States Attorneys
Attorneys for the United States of America

## STIPULATION RE UNSEALING OF CERTAIN DOCUMENTS

IT IS HEREBY STIPULATED AND AGREED by and between the Relator and the United States, through their respective attorneys of record and subject to the approval of the Court, that, of the papers filed or lodged to date with the Court in this action, the following documents, and only the following documents, should be unsealed:

1. The Complaint and First Amended Complaint;

2. This Relator's Request for Dismissal of Action; United States' Consent; Stipulation Re Unsealing of Certain Documents; and

3. Any Order to dismiss action and unseal documents issued by the Court.

All other contents of the Court's file in this action, filed and lodged to date, should remain under seal and not be made public or served upon the defendants or any other person, because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation, and thereby, evaluating whether the seal and time for making an election to intervene should be extended.

Dated: November 19, 2017

Respectfully submitted,

Alexander Krakow + Glick LLP

Marvin E. Krakow
Attorney for Relator JAMES CONWELL

Dated: December 19, 2017

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Chief, Civil Division
DAVID K. BARRETT
Chief, Civil Fraud Section
DAVID M. HARRIS
Deputy Chief, Civil Fraud Section

JOHN E. LEE
Assistant United States Attorneys
Attorneys for the United States of America

4

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAMES CONWELL, Relator,<br><br>Plaintiffs,<br><br>vs.<br><br>CAIR MEDICAL INC., et al.,<br><br>Defendant. | No. SA CV 14-00869-DOC (RNBx)<br><br>Complaint Filed: June 5, 2014<br><br>**[PROPOSED] ORDER GRANTING RELATOR JAMES CONWELL'S APPLICATION FOR LEAVE TO SUBMIT NOTICE OF DISMISSAL; UNITED STATES' CONSENT; STIPULATION RE UNSEALING TO THE COURT FOR REVIEW *IN CAMERA*** |

{00402783.DOCX}                                     1

1     Before the Court is Relator's Application for an Order Allowing Relator to
2 Submit his Notice of Dismissal; Consent by the United States of America; and
3 Stipulation Re Unsealing Certain Documents for Review *In Camera*
4 ("Application"). Having considered Relator's Application and the merits of the
5 arguments in it, IT IS HEREBY ORDERED that Relator's Application is
6 GRANTED.

7     Relator shall submit the Notice of Dismissal; Consent by the United States of
8 America; and Stipulation Re Unsealing of Certain Documents, which the Court shall
9 review *in camera*.

12 Dated: _____      _____
13                                                        UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I am over the age of 18 years, not a party to this action, and am employed in the County of Los Angeles, State of California. My business address is ALEXANDER KRAKOW +GLICK LLP, 401 Wilshire Blvd., Suite 1000, Santa Monica, CA 90401.

On, December 12, 2017, following the ordinary business practices of ALEXANDER KRAKOW + GLICK LLP as set forth below, I served a true and correct copy of the foregoing document described **RELATOR'S APPLICATION FOR LEAVE TO SUBMIT NOTICE OF DISMISSAL; UNITED STATES' CONSENT; STIPULATION RE UNSEALING FOR REVIEW *IN CAMERA*; [PROPOSED] ORDER GRANTING RELATOR JAMES CONWELL'S APPLICATION FOR LEAVE TO SUBMIT NOTICE OF DISMISSAL; UNITED STATES' CONSENT; STIPULATION RE UNSEALING TO THE COURT FOR REVIEW *IN CAMERA*; REQUEST FOR DISMISSAL [LODGED]; [PROPOSED] ORDER TO DISMISS ACTION AND TO UNSEAL CERTAIN DOCUMENTS** in a sealed envelope, with postage fully prepaid, addressed as follows:

### [SEE SERVICE LIST]

(X) **BY MAIL**. I am readily familiar with ALEXANDER KRAKOW +GLICK LLP's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. Under that practice, in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on the same day with postage fully prepaid at ALEXANDER KRAKOW +GLICK LLP, 401 Wilshire Blvd., Suite 1000, Santa Monica, CA 90401. The above envelope was placed for collection and mailing on the above date following ALEXANDER KRAKOW +GLICK's ordinary business practice. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposition for mailing.

( ) **BY CERTIFIED MAIL**. I deposited such envelope in the mail at 401 Wilshire Blvd., Suite 1000, Santa Monica, CA 90401. The envelope was mailed CERTIFIED, RETURN RECEIPT REQUESTED with postage thereof fully prepaid.

( ) **VIA FACSIMILE**. I sent said documents via facsimile.

( ) **VIA EMAIL**. I sent said document(s) via electronic mail to the addressee.

( ) **VIA FEDEX**. I delivered said documents via overnight delivery.

( ) **BY PERSONAL SERVICE**. I caused delivery of said envelope by hand to the offices of the addressee(s).

(X) (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

( ) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated:     December 20, 2017

Gustin Y. Ham

SERVICE

## SERVICE LIST

Kelley Hauser, Esq.
U.S. Department of Justice
1 Courthouse Way, Suite 9200
Boston, MA 02210
E:    kelley.hauser@usdoj.gov

John E. Lee, Esq.
United States Attorney's Office
Central District of California
300 N. Los Angeles Street, Room 7516
Los Angeles, California 90012
E:    john.lee2@usdoj.gov

SERVICE

−2−